SEQ# 0000001

Butch Johnson
Johnson Mark LLC
4548 S Atherton Dr
4548 S Atherton Dr  Suite 100
Salt Lake City UT 84123



9307 1001 1300 0194 2029 24

RICARDO LARA
5700 S Rivera St
Pharr TX 78577-8730

Cause No: CL-13-1552-H

NATIONAL COLLEGIATE STUDENT
LOAN TRUST 2006-3,
      Plaintiff,
vs.
RICARDO LARA and ALMA LARA,
      Defendants.

**IN THE COUNTY COURT**

**AT LAW NO. 2**

**OF HIDALGO COUNTY, TEXAS**

### DESIGNATION OF ATTORNEY IN CHARGE AND
### NOTICE OF CHANGE OF CONTACT INFORMATION

Comes now Plaintiff in the above-styled cause and file this Designation of Attorney in Charge and Notice of Change of Contact Information and requests the Court's docket be updated with the following:

    Attorney-in-Charge:  Brianna Ojukwu
    Attorney Email:      texasattorneys@jmlaw.com
    Attorney Address:    P.O. Box 7811, Sandy UT 84091-7811
    Attorney Phone No.:  888-599-6333

Wherefore, Plaintiff requests that this Notice be filed and the contact information for the Plaintiff's attorney be updated accordingly.

JOHNSON MARK LLC

By */s/Brianna Ojukwu*
  Brianna Ojukwu   SBN 24134074
  Victoria Barboza    SBN 24116069
  Leslie Dodson   SBN 24109813
  Shondra Williams   SBN 24101351
  Jalisa Smith   SBN 24135561
  Helenmarie Edem   SBN 24146597
  P.O. Box 7811 Sandy, Utah 84091-7811
  Tel 888-599-6333   Texasattorneys@jmlaw.com
  Attorneys for Plaintiff

25-160080

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of February, 2026, a true and correct copy of the foregoing documents were sent to all known parties and/or counsel of record in this cause in accordance with the Texas Rules of Civil Procedure as follows:

via CMRRR: 93071001130001194202924

RICARDO LARA
5700 S Rivera St
Pharr TX 78577-8730

ALMA LARA
200 W RUISENOR AVE APT A
PHARR TX 78577-8760

*/s/ Brianna Ojukwu*

25-160080

Cause No: CL-13-1552-H

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3,<br> Plaintiff,<br>vs.<br>RICARDO LARA and ALMA LARA,<br> Defendants. | **IN THE COUNTY COURT**<br><br>**AT LAW NO. 2**<br><br>**OF HIDALGO COUNTY, TEXAS** |

## **PLAINTIFF'S FIRST SET OF POSTJUDGMENT DISCOVERY TO DEFENDANT**

To: RICARDO LARA, PRO SE DEFENDANT, 5700 S RIVERA ST   PHARR TX 78577-8730.

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3, Plaintiff, serves these discovery requests on RICARDO LARA, Defendant, as allowed by Texas Rules of Civil Procedure 196, 197, 198, 500.9(b) and 621a. Defendant must answer each request in writing, and under oath, within 30 days after service.

## INSTRUCTIONS

1. A Judgment was entered in this case. The purpose of this discovery is to obtain information to aid in the enforcement of the Judgment. There is no limitation on the number of discovery requests propounded. Tex.R.Civ.P. 621a.

2. Answer each request separately and number responsive documents. If a responsive document no longer exists or cannot be located, identify the document and state how and when it expired or you became aware it could not be located.

3. When identifying a document, state the following:
   a. The nature of the document (e.g. letter, handwritten note).
   b. The title or heading that appears on the document.
   c. The date of the document as well as each addendum, supplement, or other addition or change.
   d. The identity of the author and signer of the document as well as person(s) on whose behalf or at whose direction the document was prepared or delivered.
   e. The present location of the document and the name, address, position or title, and telephone number of the person(s) with custody of the document.

4. When identifying a person, state the following:
   a. The person's full name.
   b. The present or last known residential address and residential telephone number.
   c. The present or last known office address and office telephone number.
   d. The present occupation, job title, employer, and employer's address.
   e. In the case of any entity, identify the officer, employee, or agent most closely

Post-Judgment Discovery
25-160080

connected with the subject matter of the interrogatory and the officer who is responsible for supervising that officer or employee.

5.  If objecting to a request, state the objection and respond to any portion of the discovery request that is non-objectionable. **Defendant is hereby placed on notice that, pursuant to Tex.R.Civ.P. 193.2(b), you are required to comply with as much of the request to which no objection is made unless it is unreasonable under the circumstances to do so before obtaining a ruling on the objection. Simply stating an objection and then failing to provide any meaningful response is unacceptable and may result in a motion to compel. Similarly, Defendant must have a good faith factual and legal basis for any objection pursuant to Tex.R.Civ.P. 193.2(c).**

## DEFINITIONS

The following definitions have the following meanings, unless otherwise indicated herein:

1.  "Plaintiff" or "Defendant", as well as a party's full or abbreviated name or a pronoun referring to a party, means the party, and where applicable, the party's agents, representatives, officers, directors, employees, partners, corporate agents, subsidiaries, affiliates, or any other person acting in concert with the party or under the party's control, whether directly or indirectly, including any attorney.

2.  "Defendant," "You", or "your" means Defendant   RICARDO LARA, their successors, predecessors, present and former, agents, employees, and all other persons acting on behalf of Defendant or their successors, predecessors, agents, or employees.

3.  "Document" means all written, typed, or printed matter and all magnetic, electronic, or other records or documentation of any kind or description in your actual possession, custody, or control, including those in the possession, custody, or control of any and all present or former directors, officers, employees, consultants, accountants, attorneys, or other agents, whether or not prepared by you, that constitute or contain matters relevant to the subject matter of the action.

4.  "Possession, custody or control" means physical possession or a right equal or superior to another who has physical possession of the item(s).

5.  "Person" means any natural person, corporation, firm, association, partnership, joint venture, proprietorship, governmental body, or any other organization, business, or legal entity, and all predecessors or successors in interest.

6.  "Judgment" means the final order rendered in favor of Plaintiff against Defendant in this case.

7.  "Communication" means any oral or written communication of which Defendant has knowledge, information, or belief.

Post-Judgment Discovery
25-160080

10. What is the nature of each business in which Defendant has engaged at any time in the last five (5) years?

11. Please state the full name and complete address of any institution or business organization with which Defendant has engaged in any joint venture or partnership at any time within the last five (5) years and the nature of Defendant's involvement.

12. For each item of personal property regardless of location that Defendant now owns, claims any interest in, or has title to (including, but not limited to, tools, equipment, inventory, livestock, boats, sporting goods, vehicles, aircraft, stamp or coin or other kinds of collections) state:
    a. A complete description of the item, including the year, make, model, serial number, and other permanent identification numbers;
    b. The estimated present market value of the item; and
    c. The complete address of its present location.

13. Does Defendant have any money on deposit in a name other than their own? If so, for each account, please state:
    a. The type of account;
    b. Where the account is maintained;
    c. The full name and number under which the account is maintained.
    d. The full name and complete address of the institution holding the deposits;
    e. The balance of the account five calendar days before these interrogatories were received by the Plaintiff; and
    f. The amount of the portion of the account that belongs to Defendant.

14. Does Defendant maintain a pension plan, profit sharing plan, or other entity or trust in which Defendant has an interest? If so, for each plan, state:
    a. The full name and address of the institution holding the account;
    c. The full name and number under which the account is maintained; and
    d. The balance on the account.

15. Does Defendant hold any real or personal property in trust for any person or entity? If so, for each trust, please state:
    a. A complete description of the property held in trust;
    b. The complete address of the property's location;
    c. The date the trust was created; and
    d. The source of the trust assets.

16. Does Defendant have a right to payment of money from any person or entity for any reason (including, but not limited to promissory notes, accounts receivable, certificates of deposit, securities, foreign currency, traveler's checks, treasury checks, treasury bills, and savings bonds)? If so, for each claim, please state:
    a. A complete description of the claim.
    b. The full name and complete address of the debtor;

## INTERROGATORY REQUESTS

1.   Identify each person responding to and/or assisting in any way with the preparation of any responses to Plaintiff's First Post-Judgment Discovery Requests to Defendant.

2.   State what Defendant is presently doing to earn money, including the name and address of any employer, the amount of money earned, and whether the money received is hourly, monthly, or annual income.

3.   If Defendant owns or operates any business, state the address of the principal place of business, the nature of the business, the telephone number, and the name of the person at such address who has the most knowledge of the assets and liabilities of the business.

4.   If Defendant has an ownership interest in any real property, please state:
     a.   The address and legal description of the property;
     b.   A description of every structure or other improvement on the property;
     c.   The present value of the property;
     d.   The present value of Defendant's equity interest in the property; and
     e.   The amount Defendant paid for the property.

5.   If Defendant maintains any bank, stock brokerage, or savings account, for each account, state:
     a.   Where the account is located;
     b.   The name of the bank, stock brokerage, or institution holding the account;
     c.   The name under which the account is held; and
     d.   The balance of the account as of the date you answered these questions, and the number of the account.

6.   If Defendant has access to any safe deposit boxes or other depository for securities, cash, or other valuables, for each state:
     a.   The name of the institution where the depositories are located; and
     b.   A. description of the property contained therein as of the date you are answering these questions.

7.   Does Defendant have a lawsuit(s) or chose in action of any nature. If so, state:
     a.   The general nature of the claim;
     b.   The name and address of each person Defendant claims is liable;
     c.   Whether the claim is for a liquidated amount; and
     d.   The amount Defendant claims as damages.

8.   What is the present amount of Defendant's accounts receivable, if any?

9.   Does Defendant have any tax lien filed against them? If so, state:
     a.   The amount of such lien;
     b.   Whether or not the tax has been paid; and
     c.   The property, real or personal, subject to the lien.

Post Judgment Discovery
25-160080

    c.  The amount of the claim; and

    d.  Whether a suit or action was brought to reduce the claim to judgment. If so, please state:

        (1) The title and number of the case;

        (2) The name and location of the court it was filed or is now pending; and

        (3) The present status of the case.

17.    In the last five years, has any right of Defendant to receive money been assigned or disposed of other than by collection in full? If so, for each such account, please state:

    a.  The full name of the account;

    b.  The kind and date of disposition;

    c.  The full name and address of the person or entity taking the account;

    e.  The amount of reserve due Defendant;

    f.  The extent to which future accounts receivable were covered; and

    g.  The amount of payment received in exchange.

18.    Does Defendant claim any real or personal property, tangible or intangible, is exempt from the claims of its creditors? If so, for each piece of such property, state:

    a.  The legal and common description of the property;

    b.  The estimated value of the property;

    c.  The reason for claiming the property is exempt; and

    d.  The complete address for the location of the property.

19.    Identify all unpaid judgments and pending lawsuits in which Defendant is involved.

20.    Please state all reasons why Defendant has not paid their debt to Plaintiff.

21.    How much money is Defendant able and willing to pay Plaintiff in the next thirty days to settle this matter?

22.    If a lump-sum settlement cannot be made, state when Defendant could begin monthly or other periodic payments and how much Defendant is willing and able to pay each month to satisfy the Judgment.

23.    If Defendant cannot begin monthly payments within the next thirty days explain why not.

Post Judgment Discovery
25-160080

# VERIFICATION

STATE OF TEXAS     §
                       §
COUNTY OF _____§

    Before me, the undersigned notary, on this day personally appeared RICARDO LARA, a person whose identity was made known to me. After I administered an oath to him/her, upon his/her oath, he/she said he/she read the interrogatory responses made above, and that the facts stated in it are within their personal knowledge and true and correct.

                                      _____
                                      Signature

                                      Print name: _____

Sworn to and subscribed before me on _____, 20__.

                                      _____
                                      Notary Public

Post Judgment Discovery
25-160080

## REQUESTS FOR ADMISSIONS

REQUEST 1.   Defendant possesses nonexempt property that is located in the State of Texas sufficient to satisfy the Judgment.

REQUEST 2.   Defendant does not possess any real property subject to execution in the State of Texas.

REQUEST 3.   Plaintiff is entitled to enforce the Judgment against Defendant by any writ available under Texas law, including writs of execution, possession, garnishments and sequestration.

REQUEST 4.   Plaintiff has a valid and subsisting Judgment against Defendant.

REQUEST 5.   There is no valid reason to set aside or vacate the Judgment.

REQUEST 6.   Defendant has not stayed or appealed the Judgment.

REQUEST 7.   Plaintiff properly served post-judgment discovery requests on Defendant.

REQUEST 8.   Defendant owns property that cannot be readily attached or levied on by the ordinary legal process.

REQUEST 9.   The property referred to in the preceding request is not exempt from attachment, executions, or seizure.

REQUEST 10.   Defendant consents to the appointment of Craig Noack as a receiver.

REQUEST 11.   The facts support placing Defendant in a receivership.

REQUEST 12.   No bond should be required for the receiver.

REQUEST 13.   Defendant has an active bank account with non-exempt funds.

REQUEST 14.   Defendant owns collectable accounts receivable.

REQUEST 15.   Defendant agrees a reasonable fee for receivership services is 25% of the proceeds liquidated by the receiver.

Post Judgment Discovery
25-160080

## REQUESTS FOR PRODUCTION

REQUEST NO. 1.        All income tax returns filed by Defendant for the previous (4) years.

REQUEST NO. 2.        All documents referred to in any of the income tax returns filed by Defendant for the previous four (4) years.

REQUEST NO. 3.        All documents that constitute or refer to any and all books, records, or other memoranda of business or financial conduct, activities, status or income of Defendant for the past four (4) years.

REQUEST NO. 4         All documents that constitute or refer to any and all deed records or other documents related to assets in the name of Defendant.

REQUEST NO. 5.        All documents that constitute or refer to records of salaries, commissions, bonuses, employment income, allowances, expenses, or any other sums of money paid to Defendant or by Defendant within the past four (4) years.

REQUEST NO. 6.        All documents referring to any items of personal property in which Defendant owns or claims any interest.

REQUEST NO. 7.        All documents referring to any and all accounts (business or personal bank, checking, savings, credit union, or retirement accounts) in which Defendant has an interest.

REQUEST NO. 8.        All documents referring to the names and addresses of persons who have served as bookkeepers or financial advisers for the Defendant during the last four (4) years.

REQUEST NO. 9.        All documents referring to any personal or real property the Defendant has sold, given, paid or otherwise conveyed during the last four (4) years.

REQUEST NO. 10.       All documents referring to any legal cause of action, either real or anticipated, by or against the Defendant.

REQUEST NO. 11.       All documents referring to each person or entity who has served as a bank or depository institution for Defendant during the last two (2) years.

REQUEST NO. 12.       All documents referring to any cash account(s) held or deposited with any bank or other financial institution(s) owned or claimed by Defendant.

REQUEST NO. 13.       All documents referring to any accounts receivable owed to Defendant.

REQUEST NO. 14.       All documents referring to notes receivable in which Defendant holds or claims an interest.

Post Judgment Discovery
25-160080

REQUEST NO. 30.   All documents referring in any way, directly or indirectly, to any royalties payable to the Defendant or in which Defendant claims an interest.

REQUEST NO. 31.   All documents referring to any insurance payments due to Defendant.

REQUEST NO. 32.   All documents referring to any other assets not already divulged by Defendant herein.

REQUEST NO. 33.   All documents referring to any other liabilities not already divulged by Defendant herein.

REQUEST NO. 34.   All documents referring to any outstanding contracts for which Defendant is entitled or claims a right to receive a commission.

REQUEST NO. 35.   Any will executed but not revoked in writing by Defendant.

REQUEST NO. 36.   All documents referring to any divorce of Defendant within the last four (4) years.

REQUEST NO. 37.   All check stubs, cancelled checks, and bank statements for the previous two (2) years for accounts in which Defendant owns or claims an interest.

REQUEST NO. 38.   All documents evidencing safety deposit boxes, lock boxes, and storage facilities of any kind to which Defendant has access, owns or claims an interest.

JOHNSON MARK LLC

By _/s/Brianna Ojukwu_
    Brianna Ojukwu   SBN 24134074
    Victoria Barboza    SBN 24116069
    Leslie Dodson    SBN 24109813
    Shondra Williams    SBN 24101351
    Jalisa Smith   SBN 24135561
    Helenmarie Edem   SBN 24146597
    P.O. Box 7811 Sandy, Utah 84091-7811
    Tel 888-599-6333   TexasReceivership@jmlaw.com
    Attorneys for Plaintiff

Post Judgment Discovery
25-160080

REQUEST NO. 15.   All documents referring to shares of stock in which the Defendant owns or claims an interest.

REQUEST NO. 16.   All documents referring to bonds in which the Defendant owns or claims an interest.

REQUEST NO. 17.   All documents referring to real estate in which the Defendant owns or claims an interest (including homestead).

REQUEST NO. 18.   All documents referring to any and all businesses in which Defendant is a partner, owner, or principal owner.

REQUEST NO. 19.   All documents referring to any interest the Defendant may have in any businesses, partnerships, corporations, or joint ventures.

REQUEST NO. 20.   All documents referring to any equipment in which Defendant owns or claims an interest.

REQUEST NO. 21.   All documents referring to a mortgage(s) upon which Defendant is liable.

REQUEST NO. 22.   All documents referring to any accounts payable to the Defendant or in which the Defendant owns or claims an interest.

REQUEST NO. 23.   All documents referring to unpaid taxes for which the Defendant is liable.

REQUEST NO. 24.   All documents referring to any assets held in trust, in an estate, or in any other name or capacity in which the Defendant owns or claims an interest.

REQUEST NO. 25.   All documents referring to any assets owned or claimed by Defendant's spouse before marriage, acquired by Defendant's spouse during marriage by gift or inheritance, or recovered for personal injuries sustained by Defendant's spouse during marriage or received in any settlement or judgment pertaining to divorce.

REQUEST NO. 26.   All documents referring to assets, except real estate, that are securing any debt for which the Defendant is liable.

REQUEST NO. 27.   All documents referring to any filing in bankruptcy by the Defendant, any receivership of the Defendant in any state court, or any assignment by the Defendant for the benefit of creditors.

REQUEST NO. 28.   All documents referring to any dividends payable to the Defendant or in which Defendant claims an interest.

REQUEST NO. 29.   All documents referring to any interest in which the Defendant owns or claims an interest.

Post Judgment Discovery
25-160080

Cause No: CL-13-1552-H

| | |
|---|---|
| NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3,<br>    Plaintiff,<br>vs.<br>RICARDO LARA and ALMA LARA,<br>    Defendants. | **IN THE COUNTY COURT**<br><br>**AT LAW NO. 2**<br><br>**OF HIDALGO COUNTY, TEXAS** |

## CERTIFICATE OF SERVICE

I, hereby certify that the following parties were served via the following methods on February 06, 2026:

via CMRRR:<u>93148001130001944558702</u>

RICARDO LARA
5700 S Rivera St
Pharr TX 78577-8730

ALMA LARA
200 W RUISENOR AVE APT A
PHARR TX 78577-8760

JOHNSON MARK LLC

By */s/Brianna Ojukwu*
     Brianna Ojukwu    SBN 24134074
     Victoria Barboza    SBN 24116069
     Leslie Dodson    SBN 24109813
     Shondra Williams    SBN 24101351
     Jalisa Smith    SBN 24135561
     Helenmarie Edem    SBN 24146597
     P.O. Box 7811 Sandy, Utah 84091-7811
     Tel 888-599-6333    TexasReceivership@jmlaw.com
     Attorneys for Plaintiff

25-160080

****

ALMA LARA
200 W RUISENOR AVE APT A
PHARR TX 785778760

25-160080