0202005564



*ATTORNEYS AT LAW*
P.O. Box 7811
Sandy, Utah 84091-7811
Hours of Operation: 8am-5pm (MT)
Toll Free: 888-599-6333

February 11, 2026

RICARDO LARA
5700 S RIVERA ST
PHARR TX 78577-8730

**OFFER/PAYMENT PLAN**
Creditor: NATIONAL COLLEGIATE STUDENT LOAN
TRUST 2006-3
Account Number: XXXXXXXXXXXXXXX1000
JM File Number: 25-160080
Current Balance: $62,985.99



Scan the QR code with the camera
on your cell phone to access our
payment portal.

In anticipation of possible tax refunds, we are offering a discounted amount to settle the above mentioned account.

    Option 1: A lump sum settlement payment of $31,493.00 due March 31, 2026.

    Option 2: Twenty-Four (24) monthly installment payments of $2,624.42 on the current balance beginning March 31, 2026, and continuing on the same day each month thereafter.

To pay your bill online please visit us at www.jmlaw.com. If payment is not received by the due date of each option listed, this offer may be void.

In the event that you are unable to select one of these options within this timeframe, please contact our office to discuss other possible options.

Please note that until you communicate your intent to accept a payment plan option, collection efforts may continue.

NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3 may file a form 1099C with the Internal Revenue Service for any cancelled debt $600.00 or more in principal. Please consult your tax advisor concerning any tax questions.

Sincerely,
JOHNSON MARK LLC

*This communication is from a debt collector and is an attempt to collect a debt.   Any information obtained will be used for that purpose.*

*25-160080-SCRMSL* Offer of Settlement

 

**JOHNSON MARK LLC**
**ATTORNEYS AT LAW**
**P.O. Box 7811**
**Sandy, Utah 84091-7811**
**Hours of Operation: 8am-5pm (MT)**
**Toll Free: 888-599-6333**
**www.jmlaw.com**

To:   RICARDO LARA
5700 S RIVERA ST
PHARR TX 78577-8730

Reference: 25-160080
Mailing Date: 2/10/2026

**JOHNSON MARK LLC is a debt collector**. We are trying to collect a debt that you owe to NATIONAL COLLEGIATE STUDENT LOAN TRUST 2006-3. We will use any information you give us to help collect the debt.

## Our information shows:

You had an   account from Transworld Systems Inc. - SLMSA 6184 with account number XXXXXXXXXXXX-XX-1000.

| | |
|---|---|
| As of 3/15/2015, you owed: | $47,586.80 |
| Between 3/15/2015 and today: | |
| You were charged this amount in interest: | + $15,393.45 |
| You were charged this amount in fees: | + $0.00 |
| You paid or were credited this amount toward the debt: | − $0.00 |
| **Total amount of the debt now:** | **$62,980.25** |

Notice: See reverse side for important information.

## How can you dispute the debt?

- **Call or write to us by March 22, 2026**, to dispute all or part of the debt. If you do not, we will assume that our information is correct.

- **If you write to us by March 22, 2026**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents.

## What else can you do?

- Write to ask for the name and address of the original creditor, if different from the current creditor. If you write by March 22, 2026, we must stop collection until we send you that information. You may use the form below or write to us without the form.

- Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

---

Mail this form to:
JOHNSON MARK LLC
ATTORNEYS AT LAW
P.O. Box 7811
Sandy, Utah 84091-7811

RICARDO LARA
5700 S RIVERA ST
 PHARR TX 78577-8730

## How do you want to respond?

Check all that apply:
- ☐ **I want to dispute the debt because I think:**
    - ☐ This is not my debt.
    - ☐ The amount is wrong.
    - ☐ Other (please describe on reverse or attach additional information).

- ☐ **I want you to send me the name and address of the original creditor.**

- ☐ **I enclosed this amount: $**_____

Make your check payable to JOHNSON MARK LLC. Include the reference number 25-160080.

*25-160080-SCrmdl*