

**OLIVA**LAW

B A N K R U P T C Y

223 W. Nolana Ave., McAllen, TX 78504
956-683-7800 phone | 866-868-4224 fax
www.oliva.law

<u>DEMAND FOR WITHDRAWAL OF DISCOVERY AND
ACKNOWLEDGMENT OF DISCHARGE</u>

**SENT VIA EMAIL (texasattorneys@jmlaw.com) AND CMRRR**

February 25, 2026

Brianna Ojukwu, Esq. Johnson Mark LLC P.O. Box 7811 Sandy, UT 84091-7811

**RE: National Collegiate Student Loan Trust 2006-3 vs. Ricardo Lara and Alma Lara Cause No: CL-13-1552-H | In the County Court at Law No. 8, Hidalgo County, Texas Bankruptcy Case No: 25-bk-70064 | Southern District of Texas (McAllen) JM File Number: 25-160080**

Dear Ms. Ojukwu:

This office represents Ricardo Manuel Lara. We are in receipt of your "First Set of Postjudgment Discovery to Defendant" served on February 14, 2026, and your collection letter dated February 11, 2026. Please be advised that the debt underlying the 2015 judgment in the above-referenced state court matter was fully discharged in Mr. Lara's Chapter 7 bankruptcy on June 30, 2025.

Your current attempts to collect this debt, including the propounding of post-discharge discovery, constitute a willful violation of the discharge injunction under 11 U.S.C. § 524.

Legal Basis for Discharge: Under 11 U.S.C. § 523(a)(8), only specific categories of educational debt are excepted from discharge. The Fifth Circuit has clarified in *In re Crocker* (941 F.3d 206) that private, for-profit student loans, such as those held by National Collegiate Student Loan Trust (NCSLT), are dischargeable unless they meet the strict definition of a "qualified education loan" under IRC § 221(d)(1).

The loan at issue fails to meet this standard for the following reasons:

1. Exceedance of Cost of Attendance (COA): A qualified education loan cannot exceed the school-certified COA minus other financial aid. Based on historical IPEDS data for the University of Texas – Pan American (UTPA), Mr. Lara's COA for the relevant period (2003–2007) was approximately $37,591.

2. Federal Surplus: Per his NSLDS records, Mr. Lara received $22,876 in Pell Grants and $18,500 in federal loan principal, totaling $41,376 in federal aid. His federal aid alone exceeded his certified cost of attendance.
3. Direct-to-Consumer/Non-Certified: Mr. Lara applied for these loans online, and funds were disbursed directly to him rather than the school. Because the school never certified these funds as necessary for his education, they do not constitute a "qualified education loan."

As the loan funded expenses in excess of the official COA, it was a standard consumer debt that was extinguished by the June 30, 2025 discharge order.

Required Action: To avoid further litigation in federal court, we demand that Johnson Mark LLC and NCSLT 2006-3 take the following actions:

1. Immediately withdraw the First Set of Postjudgment Discovery served on February 14, 2026.
2. Provide written acknowledgment that the debt was discharged and that all collection efforts have ceased.
3. File a notice of non-suit or satisfaction of judgment in the state court proceeding.

Deadline: If we do not receive written confirmation of the withdrawal of discovery and acknowledgment of the discharge by 5:00 PM CST on Friday, February 27, 2026, we will proceed with the following:

- File a Motion to Reopen the bankruptcy case in the Southern District of Texas.
- File an Adversary Proceeding for a declaratory judgment of dischargeability.
- Seek Sanctions, Attorney's Fees, and Costs for a willful violation of the discharge injunction under 11 U.S.C. § 105(a).

Govern yourselves accordingly.

Sincerely,

*/s/ Marcos D. Oliva*
Marcos D. Oliva,
Attorney for Ricardo Manuel Lara

 Gmail

**Aracely Trevino <aracely@oliva.law>**

## 25-70064 Ricardo Manuel Lara - 7332419026

1 message

**CertificateofService.com** <docfiles@bkattorneyservices3.com>          Thu, Feb 26, 2026 at 1:31 PM
To: COS 2021 UPLOAD BK FORM FROM DASHBOARD <aracely@oliva.law>

Thank you for your upload to www.certificateofservice.com.
We very much appreciate your business and we appreciate the opportunity to serve you by serving for you!

Here are the details of your upload. . .

----------------------------------------
                JOB DETAILS:
----------------------------------------

Tracking Number: 7332419026

Your Account Number:
Submission/Confirmation Email: aracely@oliva.law

Firm Name: Oliva Law
Name: Marcos D. Oliva
Address:223 W. Nolana Boulevard
City, State Zip: McAllen, TX  78504

Case Number: 25-70064
Debtor Name: Ricardo Manuel Lara
Joint Debtor:

Chapter: 7
Court District: SOUTHERN
Court State: TEXAS
Court Division: MCALLEN

----------------------------------------
                ADVERSARY INFORMATION:
----------------------------------------

Adversary Case Number:

Plaintiff:

Defendant:

----------------------------------------
HEARING INFORMATION (if required by local rule)
----------------------------------------

Hearing Date:

Hearing Time:

Hearing Location:

Response Date:

Judge:

ECF Docket Number:

```
----------------------------------------------
        UPLOADED FILES AND TITLES:
----------------------------------------------
```

https://www.bkattorneyservices3.com/uploads/DEMANDFORWITHDRAWALOFDISCOVERY
ANDACKNOWLEDGMENTOFDISCHARGE.pdf

```
--------------------------------------------
         OTHER DETAILS:
--------------------------------------------
```

Send the COS with your documents? NO

Attach the documents to your Certificate? NO

COS Title: COS

Rush Priority:  NO

Print 1 Side or 2 Sides: 2

Print Pages Per Side: 1

Attach Docs to Certificate: NO

Client/Billing Coded:

```
--------------------------------------------
         EXCLUSIONS:
--------------------------------------------
```

Bankruptcy Court: YES
US Trustee:
Debtor Attorney:
Other:
Other:
Other:
Other:

```
--------------------------------------------
         SPECIAL INSTRUCTIONS:
--------------------------------------------
```

```
--------------------------------------------
       ADDRESS LIST / MATRIX INFORMATION:
--------------------------------------------
```

Matrix Source: MANUAL

Brianna Ojukwu, Esq.
Johnson Mark LLC
P.O. Box 7811
Sandy  UT 84091-7811
United States

CERTIFIED


United States


United States

United States


United States


United States

-------------------------------------------
   ENVELOPE RETURN ADDRESS INFORMATION:
-------------------------------------------
Oliva Law
Marcos D. Oliva
223 W. Nolana Boulevard
McAllen TX 78504


-------------------------------------------
         JOB STOP!
-------------------------------------------

If you have made a mistake in your upload
now is the time to stop it!  Simply click
on the link below to access the JOB STOP
button on your dashboard.  We will attempt to stop the
job from further processing. You have a
limited amount of time to exercise this option.
Generally, you only have about fifteen minutes
until we begin processing your case.  If we have
released the certificate to you, there is no
stopping the job at that point.  It is in the
USPS mailstream.

https://secure.bkattorneyservices3.com/main/login/login_018.htm

-------------------------------------------
     TRACKING INFORMATION:
-------------------------------------------

Tracking Number: 7332419026
Date: Feb 26, 2026
Time: 11:31AM
IP: 35.147.239.224

If you have any questions, please do not hesitate to contact us at your convenience.

Sincerely,

CertificateofService.com
PO Box 4950
Pasco, WA 99302
(509) 412-1356