UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| IN RE:  Ricardo Manuel Lara | CASE NO: 25-70064 |
| | ADVERSARY CASE NO: 26-07002 |
| Ricardo Manuel Lara,<br><br>v.<br><br>National Collegiate Student Loan Trust 2006-3, Scott & Associates, P.C., and Johnson Mark, LLC | **CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br>Chapter: 7 |

On 3/16/2026, I did cause a copy of the following documents, described below,

Summons Issued on Scott & Associates P.C

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider.  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 3/16/2026

/s/ Marcos D. Oliva
Marcos D. Oliva  24056068
Attorney for DebtorOliva Law
223 W. Nolana Boulevard
McAllen, TX  78504
956 683 7800

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

IN RE:  Ricardo Manuel Lara

Ricardo Manuel Lara,

v.

National Collegiate Student Loan Trust 2006-3, Scott
& Associates, P.C., and Johnson Mark, LLC

CASE NO: 25-70064

ADVERSARY CASE NO: 26-07002

**CERTIFICATE OF SERVICE**

Chapter: 7

On 3/16/2026, a copy of the following documents, described below,
Summons Issued on Scott & Associates P.C

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/16/2026

/s/ Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Marcos D. Oliva
Oliva Law
223 W. Nolana Boulevard
McAllen, TX  78504

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

CERTIFIED 9589071052703536956237

SCOTT & ASSOCIATES, P.C
P O BOX 115220
CARROLLTON TX 75011-5200